# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0311
_____

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, and SHANDS
TEACHING HOSPITAL and
CLINICS, INC.,

    Petitioners,

    v.

ROBIN GIVENS and JOHNNIE O.
GIVENS, on behalf of MICAH
DAVIS,

    Respondents.

_____

Petition for Writ of Probation—Original Proceeding.


March 20, 2025


PER CURIAM.

    DISMISSED.

RAY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Christine R. Davis of Davis Appeals, PLLC, St. Petersburg, for Petitioners.

No appearance for Respondents.